**TOWN OF BABYLON, Appellant, v. DARLING, Respondent.** (Supreme Court, Appel-

late Division, Second Department. July 27, 1911.) Action by the Town of Babylon against William Darling. No opinion. Judgment (63 Misc. Rep. 553, 117 N. Y. Supp. 250) affirmed, with costs, on the opinion of Mr. Justice Crane at Special Term.